UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>ASHLEY AND STEVEN STROM | ) | BK No.: 18-26773 |
| | ) | Chapter: 7 |
| | ) | Honorable Janet S. Baer |
| | ) | DuPage |
| Debtor(s) | ) | Adv. No.: |
| Plaintiff(s) | ) | |
| Defendant(s) | ) | |

**ORDER EXTENDING TIME TO OBJECT TO DISCHARGE**

This matter coming before the Court on the motion of the Trustee, Brenda Porter Helms, to extend time to object to discharge, due notice having been given, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED that the Trustee is granted an extension of time to and including March 25, 2019 to file an objection to the debtors discharge.

Enter: /s/ Janet S. Baer

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: December 14, 2018

**Prepared by:**

Brenda Porter Helms
Chapter 7 Trustee
3400 W. Lawrence Ave.
Chicago IL 60625
(773) 463-6427